ELIZA GLOVER, Respondent, *v.* UNITED STATES HEALTH AND ACCIDENT INSURANCE COMPANY, Appellant.

*Glover* v. *U. S. Health & Acc. Ins. Co.*, 123 App. Div. 911, affirmed.
(Argued March 5, 1909; decided March 30, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 10, 1907, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover upon a policy of accident insurance.

*Henry E. Wilson* and *Charles F. Wayte* for appellant.

*Frank J. Cregg* and *E. W. Cregg* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

In the Matter of the Arbitration Between CHARLES T. PARKER, Appellant, and F. EGERTON WEBB et al., Respondents.

*Matter of Parker*, 125 App. Div. 922, appeal dismissed.
(Argued March 15, 1909; decided March 30, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 25, 1908, which affirmed an order of Special Term denying a motion to vacate an award in arbitration, which motion was made upon the grounds that the arbitrator had exceeded his powers upon the subject-matters submitted to him; that the award was made without jurisdiction and not in conformity with the provisions of the arbitration agreement.

*Francis C. Huntington* and *Eliot Norton* for appellant.

*Henry L. Sprague* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.